427 A.2d 648

## COLLINS–HALL AGENCY, INC.

v.

## Esther M. SPROWLS, Appellant.

Supreme Court of Pennsylvania.

Submitted March 2, 1981.

Decided April 15, 1981.

Grayce R. Kovacs, Bigi & Melenyzer, D. Keith Melenyzer, Charleroi, for appellant.

Bradley M. Bassi, P. J. Bassi & Rega, P. C., Charleroi, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Washington County is affirmed.